UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :
                                             :
                                             :          **ORDER**
        v.                                   :          15-CR-287-21 (WFK)
                                             :
GABRIEL PATTERSON,                           :
                                             :
                                             :
                Defendant.                   :
-------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

        The Court hereby SCHEDULES the Violation of Supervised Release Sentencing in the

above-captioned case for Friday, January 21, 2022 at 12:00 Noon.  The proceeding will take

place in Courtroom 6H North at the U.S. District Courthouse at 225 Cadman Plaza E, Brooklyn,

New York 11201 before the Honorable William F. Kuntz, II.

                                    **SO ORDERED.**

                                    **s/ WFK**
                                    _____
                                    HON. WILLIAM F. KUNTZ, II
                                    UNITED STATES DISTRICT JUDGE

Dated:  October 29, 2021
            Brooklyn, New York